# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>494-2023-03125 |
|---|---|---|

| THRC | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.)<br>Travis Williams | Home Phone (Incl. Area Code)<br>865-712-5905 | Date of Birth<br>06/15/1975 |
|---|---|---|

| Street Address<br>1009 Campbell Est. New Tazewell, TN 37825 | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>Alkermes | No. Employees, Members<br>Over 500 | Phone No. (Incl. Area Code)<br>781-609-6000 |
|---|---|---|

| Street Address<br>852 Winter Street Waltham, MA 02451 | City, State and ZIP Code |
|---|---|

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  DISABILITY  ☐ NATIONAL ORIGIN
RETALIATION  ☐ AGE  ☐ RELIGION  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03/2/2023  Latest: 03/7/2023
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Attached.

RECEIVED
JUL 1 1 2023
U.S. EEOC
Nashville Area Office
Nashville, TN

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 07 / 03 / 2023<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 07 / 03 / 2023<br>(month, day, year) |

Doc ID: 7766b8eb7107cf4359c6bf742de5e6dd231f5453

# EEOC PARTICULARS

RECEIVED

JUL 1 1 2023

U.S. EEOC
Nashville Area Office
Nashville, TN

1.      Travis Williams is a citizen and resident of Claiborne County, Tennessee who was formerly employed by Alkermes, Inc. ("Alkermes"). Alkermes is incorporated under the laws of Pennsylvania, with a principal place of business in Waltham, Massachusetts.

2.      Williams, who is a white male, worked as Alkermes' District Sales Manager in Knoxville, Tennessee for approximately thirteen years. During his tenure, Alkermes awarded Williams its highest honor, membership in its "President's Club," with Williams receiving this award three times as a manager and once more as a representative. That included 2023, earning him status as a Platinum Member of the President's Club.

### Diversity Initiatives Result in Lack of Due Process for White Male Employee (Reverse Discrimination[1])

3.      Alkermes' Chief Executive Officer, Richard Pops, claims that Alkermes "has really made a super commitment to diversity and inclusion." On the Alkermes "Diversity, Inclusion and Belonging" webpage, Mr. Pops states that the company must *"mirror the people we look after."*

4.      Alkermes, like most pharmaceutical companies, does not *"mirror"* the patients it serves. And to address that, Alkermes created "Diversity, Inclusion and Belonging Initiatives," a "Diversity Inclusion and Belonging Executive Committee," and a "Diversity, Inclusion & Belonging Steering

---

[1] See Florida Bar Journal, Vol. 95, No. 5 (Sept/Oct 2021), Diversity Initiatives and the Backlash of Reverse Discrimination Claims, available at https://www.floridabar.org/the-florida-bar-journal/diversity-initiatives-and-the-backlash-of-reverse-discrimination-claims/

Committee" to address "social and cultural issues." Specifically, the DIB's Executive Committee was charged with "setting diversity, inclusion and belonging goals for the company."

5.     Then, in June of 2020, following the tragic death of George Floyd in May, Alkermes published a listening session of "more than 1,000 Alkermes employees" who "share[d] their stories of how racism and bias have impacted their lives." Alkermes promised this was "the first of many to come as we continue to take action to help eliminate discrimination in all its forms."

**Williams, who is White Male, is Denied Due Process for False Accusations Made Against Him by a Manager who is Black Female**

6.     The 2023 Alkermes Employee Handbook for the US, at page 13, requires a fair and thorough investigation *"to ensure due process for all parties."* "All parties" means that white employees are entitled to the same due process as black employees who make allegations or who have allegations made against them.  Race should play no role in the procedures.

> "Upon receiving a complaint, Alkermes will promptly conduct a fair and thorough investigation into the facts and circumstances of any claim of a violation of this policy **to ensure due process for all parties**. To the extent possible, the Company will endeavor to keep the reporting employee's concerns confidential. However, complete confidentiality may not be possible in all circumstances, and thus cannot be guaranteed. Employees are required to cooperate in all investigations conducted pursuant to this policy. During the investigation, the Company generally will interview the complainant and the accused, conduct further interviews as necessary and review any relevant documents or other information. Upon completion of the investigation, the Company will determine whether this policy [sic] or has been violated based upon its reasonable evaluation of the

information gathered during the investigation. The Company will inform the complainant and the accused of the results of the investigation."

7. In March of 2023, Williams attended a company-wide function in Orlando, Florida. Also attending was a black female manager ("District Business Leader—Addiction") named Jodi Garcia.

8. At this function, Williams and Garcia sat on opposite sides of the room while Alkermes had the employees play a game. The game involved answering a question and running to a location with the answer written on a small paddle like an auction bidding-paddle.

9. On or about March 7, 2023, Williams was advised to meet via Zoom with Human Resources, with Alkermes' Human Resources Manager, Stephanie Walker, white, and its Vice President of Sales, Greg Keck, also white. He participated in this investigation.

10. Upon information and belief discovered long after-the-fact, "anonymous" personnel allegedly made allegations that Williams, white, had intentionally struck Garcia, black, on the bottom, in a sexual manner, with his paddle during the March of 2023 game, with Jodi Garcia confirming he did so.

11. Alkermes, through Walker and Keck, never advised Williams that he stood accused of intentionally striking Garcia on the bottom. *That* is a maliciously false allegation, with multiple witnesses to the game. Williams was led to believe the inquiry was simply whether he and Garcia had *bumped into each other* during the process of running to the answer-spot during the company game. Of course, there is a universe of difference

between bumping into someone during a running-and-shoving game versus intentionally striking someone on the buttocks with a paddle.

12.    In that same conversation, without telling Williams of the nature of the sexual allegation, Walker and Keck informed Williams his employment was terminated—the decision already having been made.

13.    Had the actual allegations been shared with Williams, as required for "all parties," regardless of race or sex, he could have presented evidence of (1) denial of such an outrageous comment, coupled with Garcia's history of expressing racially divisive beliefs at the company and on-line; (2) persons in close proximity to Ms. Garcia, none interviewed by Alkermes, and all denying the truth of her allegations; and (3) photographs of the game including Garcia.

14.    To this date, Alkermes has on multiple occasions <u>refused</u> to disclose the following:

    a.    The precise accusations against Williams in the written correspondence and any interviews, whether anonymous or otherwise, and the identities of the person(s) making them;

    b.    A copy of the actual emails and any statements obtained accusing Williams.

## Garcia Had an Outsized Role in Influencing Human Resources Because She Is a Black Female and Williams is a White Male

15.    Garcia, a black female who harbors deep racial resentments against whites which she frequently publishes online, made false allegations for the purpose of removing Williams, who is a white male, from Alkermes. She believes, and put in writing, that "the word DE&I need to be more than 'words'.. **we need to see action!**"

16. The lack of transparency of Human Resources, and the failure to provide "all parties" the "due process" it purports in its own policies, and its failure to reasonably investigate, is owing to a climate within Alkermes of fearing black employees who make racial allegations against a white employee.

17. Rather than afford "due process," as its own handbook states, or an even-handed investigation, Alkermes placed undue weight in favor of Garcia's allegations without affording Williams the decency of even learning about the nature of the explosive allegation, much less defending against them. In the wake of George Floyd, Alkermes had heightened sensitivity to the point of denying due process its Handbook professes. That is, Williams was *not* given the actual facts, he was *not* given the opportunity for an appropriate response (because he was denied the facts), and he was *not* allowed to present witnesses or documents, all of which is evidence of disparate treatment.

18. By contrast, when a white person alleges harassment, Alkermes does not give such undue attachment to the allegation and it does afford an opportunity to learn the accusation and respond reasonably. And as its Handbook states, *both* sides are afforded "due process" which, at a bare minimum, includes notice of the precise allegations being made and a reasonable opportunity to respond *to the allegations*.

19. Garcia's allegations, had they been truthful—and they were not—would have been seen by multiple persons within leadership. With Garcia and Williams sitting on opposite sides of the room, the "opportunity" of

Williams to strike Garcia on the bottom would have been at the front of the room during the game, a place where Alkermes leadership sat.

20. On or about March 28, 2023, upon information and belief, when Michael Bauer, Alkermes' Regional Supervisor, made a negative comment on an open call about Garcia's allegation against Williams, Garcia complained and Alkermes fired Bauer too. This further illustrated a pattern of Alkermes kowtowing to Garcia because of over-sensitivity to her making a racial claim against Alkermes.

21. On March 16, 2023, a Facebook user believed to be Garcia, or receiving information created or caused by Garcia, wrote Williams a message: "Heard you got fired. ☺ Loser."

22. Then, on March 23, 2023, Williams received an anonymous text message to his cell phone—believed to be written or initiated by Garcia, known to be a basketball fan—stating: "Tennessee lost and you got fired in the month of March. Damn you must be depressed as a mofo. Sucks to be you."

23. On April 14, 2023, a company insider, again believed to be Garcia, or motivated by Garcia, published on the internet site "CafePharma," that another company "is considering hiring TW, the Knoxville rep who Physically assaulted a woman in front of 100 people. WOW!!" In response, someone from Alkermes (not Plaintiff or anyone directed by Plaintiff) directed a comment to Garcia herself stating: "Everyone sees through your BS and knows you created this thread, then replied to your own post. This

is what mentally unstable people do." The post suggested she obtain professional help for her slander.

24. On April 17, 2023, a company insider, again believed to be Garcia, or motivated by Garcia, published a statement that she "[h]eard his HR file was pretty thick and this was the final straw."

25. *The foregoing facts are incorporated.*

26. Plaintiff, Williams, brings a Title VII charge for racial and/or sex discrimination against Alkermes, Inc. relating to the termination of his employment under Title VII. He requests:

A. A complete copy of the investigation file of Alkermes be produced to EEOC;

B. A determination that Alkermes impermissibly terminated Williams' employment because of race (white) and/or sex (male) along with all remedies available to him under Title VII; and

C. Once having exhausted administrative prerequisites, Williams requests a Right to Sue in District Court as necessary.