# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TRAVIS WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:24-CV-00076 |
| ) | |
| ALKERMES, INC., ) | JUDGE CORKER |
| ) | MAGISTRATE JUDGE POPLIN |

## JOINT MEDIATION NOTICE

The Parties hereby state that they mediated this matter with Michael Russell on January 22, 2026, and that the mediation was successful. The Parties reached an agreement in principle to resolve this matter in its entirety. The Parties are memorializing the terms of that agreement and will soon thereafter file a Joint Stipulation of Dismissal with Prejudice.

1

Respectfully submitted,

*/s/ John R. Adams*
Jennifer S. Rusie (BPR # 26009)
John R. Adams (BPR # 39284)
Jackson Lewis, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 565-1661
Jennifer.rusie@jacksonlewis.com
John.adams@jacksonlewis.com

*Attorneys for Defendant*


*/s/ Justin S. Gilbert (with permission)*
Justin S. Gilbert (BPR # 017079)
Gilbert Law, PLC
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402
Telephone: (423) 756-8203
Justin@schoolandworklaw.com

Ronald A. Rayson (BPR #013393)
Law Office of Ronald A. Rayson
P.O. Box 10346
Knoxville, TN 37939-5890
Telephone: (865) 368-5890
Facsimile: (865) 971-4355
Ron@raysonlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026 a copy of the foregoing was served on the following counsel of record via the Court's CM/ECF System.

>Justin S. Gilbert
>Gilbert Law, PLLC
>100 W. Martin Luther King Blvd.
>Suite 501
>Chattanooga, TN 37402
>justin@schoolandworklaw.com
>
>Ronald A. Rayson
>The Law Office of Ronald A. Rayson
>3800 Keowee Avenue
>Knoxville, TN 37919
>ron@raysonlaw.com
>
>*Attorneys for Plaintiff*

>*/s/ John R. Adams*
>John R. Adams